UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

CIVIL ACTION NO. 09-27-GWU

CYNTHIA J. ERICKSON, PLAINTIFF,

VS. **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In compliance with Fed. R. Civ. P. 58,

IT IS HEREBY ORDERED AND ADJUDGED that:

(1) the administrative decision is REVERSED and REMANDED for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g); and

(2) the above-styled action is STRICKEN from this Court's active docket.

This the 10th day of May, 2010.

Signed By:

*G. Wix Unthank*

**United States Senior Judge**